FLAHERTY, C.J., and ZAPPALA, J., join this Opinion in Support of Reversal.

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**George Bennett MELIUS, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 14, 1998.

## ORDER

PER CURIAM:

**AND NOW,** this 14th day of October, 1998, the Petition for Allowance of Appeal is **GRANTED** limited to the following issue:

Whether under the Pennsylvania Constitution, the requirements of probable cause and reasonable suspicion for warrantless stops pertain only to present or future criminal activity, and not past criminal activity.